*William Neilson* v. *Catharine Cox, Magdalene Beek- man, Abraham H. Beekman, and Johannah his Wife.*

THIS was an application on a point of practice in partition. The defendants had not appeared, and as the act does not specify any mode of compelling

in abatement that there were not fifteen days between the teste and re- turn. *Narcs* v. *Earl* of *Huntingdon, Lut.* 12. and for want of these fifteen days, the supreme court has set aside, on motion, the proceedings on a *sci. fa. Woodman and others* ads. *Little, ante,* p. 60. as a *scire facias* is a judicial writ. See *Com. Dig.* title Abatement. [H. 14.]

them to come in, *Woods*, on behalf of *Riggs*, moved that the following rule be made absolute, which the court, after perusal, was pleased to order.

## RULE.

New-York Supreme Court.
William Neilson
v.
Catharine Cox, Magdalene Beekman, Abraham H. Beekman and Johannah his wife.

In Partition.

The defendants having neglected to answer or plead to the petition of the plaintiff, within the time allowed them, by a rule of this court for that purpose, and it appearing by the said petition, that the plaintiff is seised in fee-simple, as tenant in common, of two undivided fifth parts of the premises in the said petition mentioned, and that the defendant, *Catharine Cox*, is seised in fee-simple, as tenant in common, of one equal undivided fifth part thereof, and that the defendant, *Magdalene Beekman*, is seised in fee-simple, as tenant in common, of one equal undivided fifth part thereof, and that the defendants, *Abraham H. Beekman* and *Johannah* his wife, in right of the said *Johannah*, are seised in fee-simple of one equal undivided fifth part thereof, which not being denied, THE COURT DOTH, THERE-FORE, DETERMINE the rights of the said parties to be, as in the said petition is stated, whereupon, and on motion of Mr. *Riggs*, attorney for the plaintiff, IT IS ORDERED, that partition of the said premises be made between the said parties, according to their said respective rights, and it is *ordered*, that A. B. C. D. and E. F. being three reputable freeholders of the city of *New-York*, be, and they are hereby appointed commissioners to make the said partition among the said parties, quality and quantity relative-

ly considered, according to the respective rights of the parties aforesaid.

N. B. The commissioners are named by the party to the court, and if approved of, appointed according to the nomination.